# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

| | |
|---|---|
| No. 13-7075 | September Term, 2014 |
| | 1:11-cv-00093-JMF<br>1:06-cv-00727-JMF<br>1:08-cv-00529-JMF |

**Filed On: March 24, 2015** [1544093]

Estate of John Buonocore III, by and through CECIL BUONOCORE, et al.,

    Appellees

    v.

Mu'ammar Al-Qadhafi, Supreme Leader of the Greatest Socialist People's Libyan Arab Jamahiriya, et al.,

    Appellees

Syrian Arab Republic, et al.,

    Appellants

------------------------------

Consolidated with 13-7076, 14-7065

## O R D E R

Upon consideration of appellants' motion for enlargement of time, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | April 3, 2015 |
| Appendix | April 3, 2015 |
| Appellees' Brief | May 4, 2015 |
| Appellants' Reply Brief | May 18, 2015 |

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

            BY:    /s/
                      Michael C. McGrail
                      Deputy Clerk